230 Seaman Associates LLC, Petitioner-Landlord-Appellant, 
against
Diane Mullahey, Respondent-Tenant-Respondent.




Petitioner appeals from an order of the Civil Court of the City of New York, New York County (Joan M. Kenney, J.), entered May 18, 2018, which granted respondent's motion to vacate a money judgment, income execution and restraining notice.




Per Curiam.
Order (Joan M. Kenney, J.), entered May 18, 2018, reversed, without costs, motion denied, and money judgment reinstated.
Civil Court erred in vacating the consent money judgment entered pursuant to the parties' November 2007 so-ordered stipulation of settlement. Respondent failed to establish that the judgment had been satisfied (see CPLR 5021; Matter of Quiggle v Quiggle, 144 AD2d 1011 [1988]). Although respondent asserted that the principal amount of the judgment was ultimately paid, she failed to recognize that interest has accrued since the judgment was entered in 2007 (see CPLR 5003, 5004; Feldman v Brodsky, 12 AD2d 347 [1961], affd 11 NY2d 692 [1962]). Nor did respondent establish any other basis for vacating the judgment (see CPLR 5015[a]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur
Decision Date: October 18, 2019